UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| GEORGE MARTIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-244-WTL-TAB |
| | ) | |
| TD AMERITRADE, INC., | ) | |
| Defendant. | ) | |

## ORDER ON MOTION FOR SUMMARY JUDGMENT

This cause is before the Court on Defendant's Motion for Summary Judgment (Docket No. 27).  Plaintiff, who is deaf, brought suit against Defendant claiming that it violated Title III of the Americans with Disabilities Act by refusing to provide him with interpretive services.  Defendant argues that it is entitled to judgment in its favor on Plaintiff's claims because Plaintiff lacks standing and he has not presented a *prima facie* case.  The Court is unpersuaded by Defendant's arguments. First, Plaintiff has alleged circumstances of an actual and imminent harm.  Specifically, he contends that Defendant denied his request to provide interpretive services, that it failed to maintain policies and procedures to ensure compliance with the law, and that he has money and intends to conduct business with Defendant in the future.  These circumstances are sufficient to confer standing.  *See, e.g.*, *Benavides v. Laredo Med. Ctr.*, No. L-08-105, 2009 WL 1755004, *5 (S.D. Tex. June 18, 2009).  Second, factual issues preclude the entry of summary.  For instance, there is a question of whether Plaintiff was denied meaningful access to and full and equal enjoyment of Defendant's services in light of the "auxiliary aids" that Defendant offered, particularly whether those aids were sufficient to ensure effective communication based on the circumstances of this case.  Therefore, Defendant's motion is **DENIED**.

IT IS SO ORDERED:  09/09/2009


_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana


**Electronically distributed to:**

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Jeffrey B. Halbert
STEWART & IRWIN P.C.
jhalbert@silegal.com