UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GEORGE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-244- WTL-TAB |
| | ) | |
| TD AMERITRADE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

SO ORDERED: 11/02/2009

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Jeffrey B. Halbert
STEWART & IRWIN P.C.
jhalbert@silegal.com

Andrew G. Jones
GIBBONS JONES P.C.
ajones@gibbonsjones.com

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com