IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEORGE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO: 1:08cv0244 WTL/TAB |
| ) | |
| TD AMERITRADE, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, George Martin, by counsel, and the Defendant, TD Ameritrade, Inc., having filed their *Stipulation of Dismissal with Prejudice*, and the Court having reviewed the same, hereby **ORDERS** that Plaintiff's claims be **DISMISSED**, with prejudice, each party to bear its own fees and costs.

DATED: 12/03/2009

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey B. Halbert
STEWART & IRWIN, P.C.
jhalbert@silegal.com

Philip J. Gibbons, Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

si246804_1